**Opinion filed March 26, 2009**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-07-00166-CV

_____

## IN THE INTEREST OF A.T.B., A CHILD

**On Appeal from the 50th District Court**

**Baylor County, Texas**

**Trial Court Cause No. 10098**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss her appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

March 26, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.